## STATE OF CONNECTICUT *v.* DAVID BURROUGHS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 99 Conn. App. 413 (AC 26095), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, under the state constitution, the police conduct constituted a seizure when the police left their patrol car and began to approach the defendant's vehicle?"

The Supreme Court docket number is SC 17894.

*Mitchell S. Brody*, senior assistant state's attorney, in support of the petition.

*Robert S. Bello*, in opposition.

Decided April 26, 2007